UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HAYDEE RODRIGUEZ,

                JUDGMENT
                05-CV- 0816 (JG)

                Plaintiff,

-against-

JO ANNE B. BARNHART,
*Commissioner of Social Security,*

                Defendant.
-------------------------------------------------------------------X

        An Order of Honorable John Gleeson, United States District Judge, having been filed on September 8, 2005, reversing the Commissioner's decision; and remanding the case for further administrative proceedings; it is

        ORDERED and ADJUDGED that the Commissioner's decision is reversed; and that the case is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       September 09, 2005

                                                    s/Robert C. Heinemann
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court